James P. Keenley (CA Bar No. 253106)
Emily A. Bolt (CA Bar No. 253109)
Brian H. Kim (CA Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley CA 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CAMPA | Case No.: 3:23-cv-1760-MMC |
| Plaintiffs, | [PROPOSED] FINAL ORDER AND JUDGMENT CONFIRMING CERTIFICATION OF SETTLEMENT CLASS, FINALLY APPROVING SETTLEMENT, APPROVING PAYMENT OF CASE CONTRIBUTION AWARD TO PLAINTIFF, AND APPROVING PAYMENT OF FEES AND COSTS TO CLASS COUNSEL |
| v. | |
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION PLAN OF NORTHERN CALIFORNIA; BENESYS, INC. | |
| Defendant. | |

The Court, having considered the submissions of the parties and the presentations at the November 15, 2024 fairness hearing, hereby GRANTS Plaintiff's Motion for Final Approval of Proposed Class Action Settlement (Doc. 49) and Plaintiff's Motion for Award of Attorney's Fees, Costs of Suit, and Award of Case Contribution Payment (Doc. 47) and it is ORDERED as follows:

1. **Class Certification.** The proposed settlement class meets the requirements of Federal Rule of Civil Procedure 23(a). The class is sufficiently numerous, consisting of 25 members. The commonality requirement is met in that the class claim for breach of fiduciary duty turns on a common

set of facts concerning administration of the Sheet Metal Workers Pension Plan of Northern California.  Plaintiff's claims are typical of the claims of the class because all class members have similar claims arising out of the same alleged errors in plan administration.  Plaintiff is an adequate class representative on these claims, having no interest different from those of the class with respect to the claims.

The proposed settlement class is maintainable under Federal Rule of Civil Procedure 23(b)(1) because all the class members were affected by the same alleged errors in plan administration and any equitable relief for those errors, including plan reformation, would apply equally to all class members.  Therefore, inconsistent adjudications on this point would establish incompatible standards for the administration of the Plan and resolution of the claims for equitable relief as to one class member would effectively control the claims of all class members.

Therefore, this case shall be maintained as a class action for settlement purposes on behalf of the following class of plaintiffs:  All individuals identified in Appendix B to the Settlement Agreement, filed with the Court at Docket No. 45-1, Appx. B.

With respect to the following cause of action:  Claims for breach of fiduciary duty against Defendants Board of Trustees of the Sheet Metal Workers Pension Plan of Northern California and Benesys, Inc. alleging that Defendants breached their fiduciary duties in causing Plaintiff's and the class's claims for unreduced early retirement pensions to be approved and paid contrary to the Plan terms.

2. **Class Representative; Class Counsel.**  Plaintiff Stephen Campa is confirmed as class representative and Bolt Keenley Kim LLP is confirmed as counsel for the class.

3. **Exclusion.**  Class members may not exclude themselves from the class.

4. **Class Settlement.**  The proposed settlement between the plaintiff class and defendants and the non-party participant in the settlement, Neyhart, Anderson Flynn & Grosboll, P.C. ("Neyhart"), which is filed with the Court at Docket No. 45-1, is a reasonable, fair, and adequate resolution of this litigation.  Notice was properly provided to the class members and a fairness hearing was conducted on November 15, 2024.  No class member has objected to the settlement, the settlement

reflects the strength of Plaintiff's case and the risks and costs of continued litigation, and class counsel's experienced views strongly support the settlement. Accordingly, the settlement is hereby approved and class counsel is directed to ensure compliance with its terms. The terms of the settlement are summarized as follows:

    a. **Amendment of the Plan.** The Plan will be amended to provide for a "Special Retirement" benefit for the Class Members substantially in the form reflected in Appendix A to the settlement agreement. This amendment will be made within 45 days of the order granting final approval to this settlement becoming final.

    b. **Payment to the trust.** Within 90 days of the order granting final approval to this settlement becoming final, Defendants and Neyhart will cause a total of $2,516,561.56 to be paid to the Plan's trust to fund the Special Retirement benefit provided for by the amendment to the Plan, in the following amounts:

| Party | Amount |
| --- | --- |
| Board | $ 503,312.31 |
| Benesys | $ 629,140.39 |
| Neyhart | $ 1,384,108.86 |
| Total | $ 2,516,561.56 |

    c. **Settlement Administration and Payments.** Settlement administration will be performed by the parties jointly, with Defendants and/or their agents ensuring that the Plan is properly amended and that class member's Special Retirement benefits are correctly calculated and all benefits due to Class Members promptly paid retroactive pension benefits and that forward going payments are promptly adjusted to the Special Retirement amounts.

    d. **Uncashed Checks.** If there are any uncashed checks resulting from this settlement, Defendants will comply with existing Plan terms and legal procedures for handling unclaimed pension benefits due to Class Members.

    e. **Released Claims.** Mr. Campa and the class members will release claims as specified in the settlement agreement filed at Docket No. 45-1 at § 3.

5. **Class Representative Service Payment.** Plaintiff and class counsel have requested approval of a $5,000 case contribution payment to Mr. Campa, to be paid by Defendants and Neyhart separate from the payments to the Plan's trust. This payment reflects the substantial contribution in time and costs incurred by Mr. Campa to pursue litigation on behalf of the Class. Accordingly, the request is hereby approved. Defendants and Neyhart are directed to issue payment to class counsel's client trust account, and class counsel is authorized to direct payment of the $5,000 to Mr. Campa.

6. **Attorney's Fees and Costs.** Plaintiff and class counsel seek an award of $167,500 in fees and costs to be paid by Defendants and Neyhart separate from the settlement fund. This is a reasonable amount, both when considered against class counsel's lodestar and when considered as a percentage of the total recovery, and it reflects class counsel's substantial commitment of time and resources to the case. Accordingly, the request is hereby approved. Defendant and Neyhart are ordered to make payment of $167,500 to class counsel in accordance with the terms of the settlement agreement.

7. CAFA Notice. As set forth at the fairness hearing, defendants complied with the notice requirements set forth in the Class Action Fairness Act, by providing the appropriate attorneys general the requisite information about the settlement.

8. Jurisdiction. Without affecting the finality of this judgment in any way, the Court hereby retains continuing jurisdiction over the parties, including the class members, for the purpose of construing, enforcing, and administering the settlement.

9. Final Judgment. Final judgment shall be entered herein.

IT IS SO ORDERED.

Dated: November 15, 2024

_____
Maxine M. Chesney
United States District Judge